## USERY & ASSOCIATES

MICHAEL E. BUCKLEY, ESQ.  
Admitted in NY, NJ and PA

**MAILING ADDRESS:**  
**P.O. BOX 2996**  
HARTFORD, CT 06104-2996

Direct Dial:  (917)778-6411  
Email: MBUCKLE4@TRAVELERS.COM

TELEPHONE: 917-778-6680  
FACSIMILE: 844-571-3789

February 13, 2023

*CM/ECF*  
Honorable Jennifer L. Rochon  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

The request is GRANTED.  The Initial Pretrial Conference is adjourned to **April 4, 2023** at 10:30 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse.

SO ORDERED

Dated: February 13, 2023  
New York, New York

*/s/ Jennifer L. Rochon*  
JENNIFER L. ROCHON  
United States District Judge

Re.:   *The Charter Oak Fire Insurance Company v. Boca Group East, LLC*  
       1:23-cv-00172

Dear Judge Rochon:

This firm represents Plaintiff The Charter Oak Fire Insurance Company (Charter Oak) in the captioned matter.  Pursuant to your January 18, 2023 Notice of Initial Pretrial Conference, the parties were to have submitted by tomorrow a joint letter and proposed Civil Case Management Plan for this case.  This morning Charter Oak received notice that defendant Boca Group East, LLC (Boca Group) was not served in this matter until February 1, 2023, such that its answer is not due to be filed until February 22, 2023. There has not been a Notice of Appearance or other response filed on behalf of Boca Group to the Charter Oak Complaint in this case.  In light of the foregoing, Charter Oak respectfully requests an adjournment of the current February 21, 2023 initial pretrial conference until a date after February 22, 2023, with a related adjournment of the due date for filing of the joint letter and proposed Civil Case Management Plan.

Should Your Honor require an appearance from Charter Oak on February 21st to discuss the status of this matter, please advise the undersigned.  Thank you for your attention to this matter.

Respectfully submitted,

*/s/Michael E. Buckley*

Michael E. Buckley

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| **ONE TOWER SQUARE** | **485 LEXINGTON AVENUE** | **10 SENTRY PARKWAY** | **655 N CENTRAL AVENUE** |
| **MS04A-0000** | **6th Floor** | **SUITE 300** | **SUITE 1100** |
| **HARTFORD, CT 06183** | **NEW YORK, NY 10017** | **BLUE BELL, PA 19422** | **GLENDALE, CA 91203** |

MEB

Cc: All Counsel of Record via CM/ECF

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: ONE TOWER SQUARE MS04A-0000 HARTFORD, CT 06183 | NEW YORK OFFICE: 485 LEXINGTON AVENUE 6th Floor NEW YORK, NY 10017 | PENNSYLVANIA OFFICE: 10 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 | CALIFORNIA OFFICE: 655 N CENTRAL AVENUE SUITE 1100 GLENDALE, CA 91203 |
|---|---|---|---|