## USERY & ASSOCIATES

MICHAEL E. BUCKLEY, ESQ.
Admitted in NY, NJ and PA

**MAILING ADDRESS:**
P.O. BOX 2996
HARTFORD, CT 06104-2996

Direct Dial:  (917)778-6411
Email: MBUCKLE4@TRAVELERS.COM

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

March 30, 2023

*Via CM/ECF*
Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the Initial Conference scheduled for April 4, 2023 is adjourned without date.  IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 28, 2023**.  Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.
>
> Dated:   March 30, 2023
>              New York, New York
>
> SO ORDERED.
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re.:    *The Charter Oak Fire Insurance Company v. Boca Group East, LLC*
            1:23-cv-00172

Dear Judge Rochon:

This firm represents Plaintiff The Charter Oak Fire Insurance Company (Charter Oak) in the captioned matter. On February 13, 2023 Charter Oak advised the Court that defendant Boca Group East, LLC (Boca Group) had not yet filed a Notice of Appearance or other response to the Charter Oak complaint.  Boca Group has still not filed any response to the Charter Oak complaint, such that Charter Oak is commencing a request for entry of a default judgment. In light of the foregoing, Charter Oak respectfully requests an adjournment of the current April 4, 2023 initial pretrial conference.

Should Your Honor require an appearance from Charter Oak on April 4th to discuss the status of this matter, please advise the undersigned.  Thank you for your attention to this matter.

Respectfully submitted,

*/s/Michael E. Buckley*

Michael E. Buckley

MEB
Cc:    All Counsel of Record via CM/ECF

*Not a Partnership or Professional Corporation. All attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY | 655 N CENTRAL AVENUE |
| MS04A-0000 | 6th Floor | SUITE 300 | SUITE 1100 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 | GLENDALE, CA 91203 |